IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -5 AM 6:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RICHARD E. SHERMAN and
RICHARD A. MATTA, JR.,

    Plaintiffs,

v.          No. 04-2646-B/V

TESCO EQUIPMENT, LLC and
TESCO HI-LIFT, INC.,

    Defendants.

## ORDER OF REFERENCE

Before the court is the motion of Defendants, Richard C. Traficant, Jr., Charles Traficant and Deborah Traficant, for Relief from Order filed on April 25, 2005. This motion is construed by the undersigned to be a motion for reconsideration of the Order Denying Motion to Intervene entered by Magistrate Judge Diane K. Vescovo on April 15, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 4th day of May, 2005.

[signature]
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02646 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

John R. McCarroll
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southhaven, MS 38671

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

John B. Turner
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT