FILED BY _____ D.C.

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

05 MAY -6 AM 10: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **RICHARD E. SHERMAN AND RICHARD A. MATTA, JR.** | **PLAINTIFFS** |
| VS. | DOCKET NO. __04-2646-B V__ |
| **TESCO EQUIPMENT, LLC AND TESCO HI-LIFT, INC.,** | **DEFENDANTS** |

### ORDER DENYING TRAFICANTS' MOTION FOR RELIEF FROM ORDER

THIS CAUSE came on for hearing upon motion of the Traficants for relief from the Court's Order dated April 13, 2005 and the Court having considered same finds that the said motion is not well taken and that said motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Traficants' Motion for Relief From Order herein is denied.

**SO ORDERED** this, the 5th day of May, 2005.

_____
Diane K. Vescovo
U.S. Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02646 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

John B. Turner
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

John R. McCarroll
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southhaven, MS 38671

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT