FILED BY ____ D.C.

05 JUN -7 PM 2: 51

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

DONALD E. SHERMAN AND
RICHARD A. MATTA, JR.                                    PLAINTIFFS

VS.                                     DOCKET NO. __04-2646-B V__

TESCO EQUIPMENT, LLC AND
TESCO HI-LIFT, INC.,                                     DEFENDANTS

## ORDER EXTENDING DISCOVERY DEADLINES

CAME ON FOR HEARING upon the Plaintiffs' Motion for Extension of Discovery Deadline, and there being no defense counsel of record, the Court being fully advised in the premises does find the Motion to be well taken and therefore sustained.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the discovery deadline herein be extended from the original date of June 2, 2005 up to and including August 5, 2005.

**SO ORDERED** this the 7th day of June, 2005.

_____
HONORABLE DIANE VESCOVO
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-8-05__

(43)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02646 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

John B. Turner
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

John R. McCarroll
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southhaven, MS 38671

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT