IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ *ey* D.C.

05 AUG 31  PM 3: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RICHARD E. SHERMAN and
RICHARD A. MATTA, JR.,

      Plaintiffs,

v.

                                           No. 04-2646-B/V

TESCO EQUIPMENT, LLC and
TESCO HI-LIFT, INC.,

      Defendants.

---

## ORDER OF REFERENCE

Before the court is Plaintiff's Application for Judgment by Default filed on August 31, 2005. This matter is hereby referred to the United States Magistrate Judge for a hearing on damages and for a report and recommendation in order to enable this court to enter a default judgment.   See Rule 55(b)(2), Federal Rules of Civil Procedure.   Any objections to the magistrate judge's report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections.  Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection.  See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-2-05

47

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02646 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

John B. Turner
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

John R. McCarroll
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southhaven, MS 38671

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT